FILED

**NOT FOR PUBLICATION**

APR 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 14-10180 |
| | 14-10181 |
| Plaintiff - Appellee, | |
| | D.C. Nos. 4:10-cr-02582-CKJ |
| v. | 4:13-cr-00697-CKJ |
| MARVIN ROLANDO FUNEZ-GONZALEZ, a.k.a. Marvin Rolando Funes-Gonzalez, a.k.a. Marvin Rolando Gonzalez, a.k.a. Marvin Funes-Gonzales, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Linda R. Reade, District Judge, Presiding**

Submitted April 7, 2015***

Before:    FISHER, TALLMAN, and NGUYEN, Circuit Judges.

In these consolidated appeals, Marvin Rolando Funez-Gonzalez appeals his

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*    The Honorable Linda R. Reade, Chief Judge of the United States District Court for the Northern District of Iowa, sitting by designation.

\*\*\*    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

guilty-plea conviction and 46-month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326, and the revocation of supervised release and consecutive eight-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Funez-Gonzalez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Funez-Gonzalez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Funez-Gonzalez waived the right to appeal his conviction, the revocation of supervised release, and his sentences. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waivers. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss these appeals. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**